PFE/JMH/RLW August 2021
GJ # 18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **CASE NO.:** |
| | ) |
| **RICHARD POPE** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>: [18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about March 21, 2020, and on or about March 24, 2020, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, the defendant,

**RICHARD POPE,**

did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, to wit, MINOR 1, to engage in any sexual activity for which any person could be charged with an offense, to wit: School Employee Engaging in a Sex Act with a Student Under the Age of 19 Years, in violation of Ala. Code Section 13A-6-81, School Employee Having Sexual Contact with a Student Under the Age of 19 years, in violation of Ala. Code Section 13A-6-82, Sexual Abuse in the Second Degree, in

violation of Ala. Code Section 13A-6-67, and Sodomy in the Second Degree, in violation of Ala. Code Section 13A-6-64.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO: [18 U.S.C. § 1470]

The Grand Jury further charges that:

On or about March 21, 2020, in Jefferson County, within the Northern District of Alabama, the defendant,

**RICHARD POPE**,

did knowingly transfer, by means of a facility of interstate commerce, obscene matter to MINOR 1, who had not attained the age of 16 years, knowing that MINOR 1 had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT THREE: [18 U.S.C. § 1470]

The Grand Jury further charges:

On or about March 23, 2020, in Jefferson County, within the Northern District of Alabama, the defendant,

**RICHARD POPE**,

did knowingly transfer, by means of a facility of interstate commerce, obscene matter to MINOR 1, who had not attained the age of 16 years, knowing that MINOR 1 had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

**COUNT FOUR: [18 U.S.C. § 1470]**

The Grand Jury further charges that:

On or about March 24, 2020, in Jefferson County, within the Northern District of Alabama, the defendant,

**RICHARD POPE**,

did knowingly transfer, by means of a facility of interstate commerce, obscene matter to MINOR 1, who had not attained the age of 16 years, knowing that MINOR 1 had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY


PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
JOHN M. HUNDSCHEID
Assistant United States Attorney


*/s/ Electronic Signature*
R. LEANN WHITE
Assistant United States Attorney

3