IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case no. 2:21-cr-237-MHH-GMB |
| ) | |
| RICHARD POPE ) | |

### SENTENCING MEMORANDUM

Richard Pope, through counsel, requests that the Court accept his agreement with the government stipulating to a custodial sentence of 54 months.

Mr. Pope recognizes the gravity of conduct. He is remorseful about the pain he has caused his family, community, and most of all the victim. He has led an otherwise law-abiding life, which is reflected by his criminal history score of zero. Mr. Pope is amenable to any necessary mental health treatment to reduce the risk to recidivate. He has a loving and supportive family, as can be seen by the letters provided to the Court.

A custodial sentence of 54 months would be sufficient, but not greater than necessary, to accomplish the stated purposes of sentencing set forth in 18 U.S.C. § 3553(a).

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Jake Watson**
Jake Watson
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Jake_Watson@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted.

**/s/ Jake Watson**
Jake Watson